IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Landeros,<br><br>        Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>        Respondents. | No. CV-17-00182-TUC-RCC<br><br>**ORDER** |

On July 30, 2020, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Jesus Landeros' Petition Pursuant to 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty). (Doc. 27.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the Petition (Docs. 1, 13-1), Judge Macdonald's screening order (Doc. 13), the Government's response (Docs. 24-26), and

the R&R (Doc. 27). The Court finds the R&R well-reasoned and agrees with Judge Macdonald's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED and Petitioner Jesus Landeros' Petition Pursuant to 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) is DISMISSED WITH PREJUDICE. (Doc. 27.) The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 24th day of September, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge